# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:14-CR-48 (WLS-ALS -1) |
| ANDREW DAVID CARTER, JR, | : |
| Defendant. | : |

## ORDER

Before the Court is the Government's Motion to Restrict Access to Exhibit to Case Participants (Doc. 682). In it, the Government states that it wishes to file an exhibit in connection with Defendant Carter's pending Motion to Reduce Sentence. (Doc. 682 at 2). The proposed exhibit contains Carter's medical records. (Doc. 682 at 1). The Court construes the request as a motion to seal.

For good cause shown, the Motion (Doc. 682) is **GRANTED**. The Clerk is **DIRECTED** to file the Government's Exhibit 1, containing the medical records, **UNDER SEAL** until the Court orders otherwise. And the Clerk is directed to make the sealed exhibit available to Carter, the United States Probation Office, the Government, and the Court.

**SO ORDERED**, this 11th day of June 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1